```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME BROWN,               )
     Petitioner,            )
                            )
          v.                )    Civil Action No. 12-710
                            )      (Criminal No. 08-98)
UNITED STATES OF AMERICA,   )
     Respondent.            )
```

ORDER

AND NOW, this 31st day of May, 2012, the Court, having received petitioner's motion to vacate [document #126 at Criminal No. 08-98], and brief in support [document #127 at Criminal No. 08-98], IT IS HEREBY ORDERED that any response to the motion and brief in support shall be filed on or before July 6, 2012.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before July 23, 2012.

                    BY THE COURT:

                    s/Gary L. Lancaster          ,C.J.
                    Hon. Gary L. Lancaster,
                    Chief United States District Judge

cc:   All Counsel of Record