IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME BROWN,            )
    Petitioner,       )
                    )
       v.              )  Civil Action No. 12-710
                    )    (Criminal No. 08-98)
UNITED STATES OF AMERICA,)
    Respondent.        )

## ORDER

AND NOW, this 31st day of May, 2012, the Court, having received petitioner's motion to vacate [document #126 at Criminal No. 08-98], and brief in support [document #127 at Criminal No. 08-98], IT IS HEREBY ORDERED that any response to the motion and brief in support shall be filed on or before July 6, 2012.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before July 23, 2012.

                              BY THE COURT:

                              <u>s/Gary L. Lancaster</u>    ,C.J.
                              Hon. Gary L. Lancaster,
                              Chief United States District Judge

cc:   All Counsel of Record